FILED
CLERK, U.S. DISTRICT COURT

JUL 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LEE WRIGHT,<br><br>        Petitioner,<br><br>     v.<br><br>D. DEXTER, Warden,<br><br>        Respondent. | CASE NO. CV 08-02879 JVS (SS)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, **IT IS ORDERED THAT**:

1. Judgment shall be entered dismissing this action without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 7.23.08

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE