JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LEE WRIGHT,<br><br>         Petitioner,<br><br>    v.<br><br>D. DEXTER, Warden,<br><br>         Respondent. | CASE NO. CV 08-02879 JVS(SS)<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

   DATED: 7.23.08

                                      JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE